1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10   TERESA HICKS, an individual,

11          Plaintiff,

12          v.

13   PACIFIC COAST SHOWMEN'S
     ASSOCIATION, a California
14   corporation; and Does 1-10,

15          Defendants.

Case No.: 5:22-cv-00289-JWH-KK

*Hon. John W. Holcomb*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed:  February 16, 2022
Trial Date:    Not on Calendar

16
17
18
19
20
21
22
23
24
25
26
27
28

1

1      Pursuant to Rule 41(a)(2), the Court, having considered the documents before it,

2  and being fully advised finds as follows:

3      It is hereby **ORDERED** that:

4      Plaintiff Teresa Hicks' action against Defendant Pacific Coast Showmen's

5  Association, a California corporation, is **DISMISSED with prejudice**.  Each party will

6  be responsible for its own fees and costs.

7      **IT IS SO ORDERED.**

8

9  Dated: _____August 1, 2022_____

10                         Hon. John W. Holcomb
United States District Judge

2

ORDER FOR DISMISSAL WITH PREJUDICE